

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re: Howard Chorng Jeng Wu, Debtor.<br><br>Li Mei Chen,<br><br>                                       Plaintiff,<br><br>v.<br><br>Howard Chorng Jeng Wu,<br><br>                                       Defendant. | Case No.: 2:21-bk-19480-ER<br>Adv. No.: 2:22-ap-01072-ER<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM FEBRUARY 14, 2023 AT 10:00 A.M. TO MAY 9, 2023 AT 10:00 A.M.**<br><br>**CONTINUED STATUS CONFERENCE:**<br><br>Date:        May 9, 2023<br>Time:       10:00 a.m.<br>Location: Ctrm. 1568<br>                 Roybal Federal Building<br>                 255 East Temple Street<br>                 Los Angeles, CA 90012 |

Plaintiff and Defendant have requested an extension of the litigation deadlines set by the Scheduling Order entered on October 6, 2022 [Adv. Doc. No. 32]. In addition, mediation of the adversary proceeding has not yet occurred. Based upon the foregoing, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The undersigned judge (the "Judge") will be retiring from the bench on September 30, 2023. As a result, no trials will be scheduled to take place before the Judge after June 30, 2023. Therefore, to the extent that this action is not resolved by way of a dispositive motion, trial of the action will take place before a different judge.
2) The previously-ordered deadlines pertaining to the Pretrial Conference and the trial are **VACATED**. If the action is not resolved by way of a dispositive motion, the deadlines pertaining to the Pretrial Conference and trial will be set by the new judge after the case has been reassigned. The additional procedures governing the Pretrial Conference set

forth in ¶ 2(g) of the Scheduling Order issued on October 6, 2022 [Adv. Doc. No. 32] shall not apply if the case is reassigned to a new judge.
3) Subject to an extension for good cause shown, the following deadlines shall govern the litigation of this matter prior to the Pretrial Conference and trial:
   a) The **11/10/2022** deadline to amend pleadings and/or join other parties established by the Scheduling Order issued on October 6, 2022 [Adv. Doc. No. 32] shall remain in effect.
   b) The last day to disclose expert witnesses and expert witness reports is **5/30/2023**.
   c) The last day to disclose rebuttal expert witnesses and rebuttal expert witness reports is **6/29/2023**.
   d) The last date to complete discovery, including discovery pertaining to expert witnesses, is **7/18/2023**. All discovery motions must also have been heard by this date.[1]
   e) The last day for dispositive motions to be heard is **7/18/2023**.[2]
4) Notwithstanding the fact that the Court ordered the parties to attend mediation in the Scheduling Order issued on October 6, 2022 [Adv. Doc. No. 32], mediation has not yet occurred (although the parties have apparently agreed upon a mediator). Mediation is a crucial component of the adjudicative process. It enables the parties to discuss the issues raised by the litigation before a neutral arbiter who is well-qualified to assist in dispute resolution. The Court's Mediation Program allows parties to attend one day of mediation for free. As previously ordered, the matter shall be referred to the Mediation Panel. The parties shall meet and confer and select a Mediator. The parties may select either a Mediator from the District's Mediation Panel or a private Mediator. Within fifteen days from the date of the issuance of this Order, Plaintiff shall lodge a completed "Request for Assignment to Mediation Program; [Proposed] Order Thereon" (*see* Amended General Order 95-01 available on the Court's website). The manner in which the mediation is conducted (whether by videoconference or in-person) shall be at the discretion of the Mediator.
5) The Status Conference is **CONTINUED** from February 14, 2023 at 10:00 a.m. to **May 9, 2023 at 10:00 a.m.** A Joint Status Report shall be filed no later than fourteen days prior to the hearing.
6) The Joint Status Report shall discuss the results of the mediation conference conducted by the Court-appointed Mediator, including (a) the date(s) upon which the mediation conference took place and (b) whether the parties believe that additional mediation conferences would be productive.
7) Parties may appear at the continued Status Conference either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

---

[1] For contemplated hearings on discovery motions, it is counsel's responsibility to check the Judge's self-calendaring dates, posted on the Court's website. If the discovery cutoff date falls on a date when the court is closed or that is not available for self-calendaring, the deadline for hearings on discovery motions is the next closest previous date which is available for self-calendaring.
[2] If the motion cutoff date is not available for self-calendaring, the deadline for dispositive motions to be heard is the next closest previous date which is available for self-calendaring.

IT IS SO ORDERED.

###

Date: February 13, 2023

Ernest M. Robles
United States Bankruptcy Judge